IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                  4:17-CR-00111-03-JM

ELIJAH ALEXANDER, III

### ORDER

For the same reason set out in the February 14, 2024 order,[1] which was affirmed by the Court of Appeals for the Eighth Circuit,[2] Defendant's Motion to Reduce Sentence (Doc. No. 1218) is DENIED.

IT IS SO ORDERED this 6th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1200.

[2] Doc. No. 1213.